DEVEBER KIRKPATRICK et al., Appellants and Respondents, *v.* CITY OF BINGHAMTON, Respondent and Appellant.

Argued May 16, 1939; decided July 11, 1939.

*Charles R. Stewart* for plaintiffs, appellants and respondents.

*Herman F. Nehlsen, Corporation Counsel,* for defendant, respondent and appellant.

*Per Curiam.* Judgment entered upon order of the Appellate Division modified by reversing findings of fact made in the Appellate Division, Nos. 49, 52, 56, 64, 68 (6) and 68 (8). The claims covered by these findings, which are herewith disallowed, total $6,575.35. In regard to findings Nos. 53, 54, 55 and 59, which amount to a total of $1,397.05, 15% should be added for profit, a total of $209.56. In all other respects the judgment is affirmed.

The judgment entered upon the order of the Appellate Division in the sum of $18,906.63 with interest from July 1, 1925, should be modified to the sum of $12,520.44 with interest from July 1, 1925, and disbursements of $2,502.25, and as so modified affirmed, without costs.

CRANE, Ch. J., HUBBS, LOUGHRAN and FINCH, JJ., concur; LEHMAN and RIPPEY, JJ., dissent and vote to affirm; O'BRIEN, J., taking no part.

Judgment accordingly.